1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    EARNEST T. WOODRUFF,                      No.  2:23-cv-00365-DJC-JDP (PC)

12                    Plaintiff,

13         v.                                   ORDER

14    ELERS, et al.,

15                    Defendants.

16

17         Plaintiff, a county inmate proceeding pro se, has filed this civil rights action

18    seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

19    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On July 17, 2023, the Magistrate Judge filed findings and recommendations

21    herein which were served on Plaintiff and which contained notice to Plaintiff that any

22    objections to the findings and recommendations were to be filed within fourteen

23    days.  Plaintiff has not filed objections to the findings and recommendations.[1]

24         The Court has reviewed the file and finds the findings and recommendations to

25    _____

26         [1]  Although it appears from the file that plaintiff's copy of the findings and
      recommendations was returned, plaintiff was properly served.  It is the plaintiff's
27    responsibility to keep the court apprised of his current address at all times.  Pursuant
      to Local Rule 182(f), service of documents at the record address of the party is fully
28    effective.

                                               1

be supported by the record and by the Magistrate Judge's analysis.  Beyond Plaintiff's failure to update his mailing address with the Court, he has failed to comply with Magistrate Judge's April 23, 2023 Order that Plaintiff "either advise that he wishes to proceed only with his First Amendment access to courts claims against defendants Elers, Williams, and Peluso or delay service and file an amended complaint." (ECF No. 4.)

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed July 17, 2023, are adopted in full;

2.  This action is dismissed without prejudice for failure to prosecute; and

3.  The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **September 4, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2